**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

MICHAEL E. HAAS                                                                                          PLAINTIFF
Reg. #08498-045

V.                                          2:05CV00112 SWW/HDY

EDNA J. PRINCE, Dr., FCI-Forrest City; LINDA
SANDERS, Warden, FCI-Forrest City; JOSE JIMINEZ,
Health Services Administrator, FCI-Forrest City; LISA
JAMES YOUNG, Institutional Legal Counsel, FCI-Forrest City;
TIMOTHY MOORE, Unit Manager, FCI-Forrest City;
YVONNE TORO, Physician's Assistant, FCI-Forrest City;
WEAVER, Correctional Officer, FCI-Forrest City; and
FREDERICK GARRIDO, Physician's Assistant, FCI-Forrest City                 DEFENDANTS

**ORDER**

On November 14, 2005, Defendants filed a Motion for Summary Judgment (docket entry #30). In light of Plaintiff's *pro se* status, he will be granted thirty (30) days from the date of entry of this Order in which to respond to Defendants's Motion.

Plaintiff is advised that his response to the motion may include opposing or counter-affidavits, executed by him or other persons, which have been either sworn to under oath, *i.e.*, notarized, or declared to under penalty of perjury in accordance with 28 U.S.C. § 1746. Any opposing or counter-affidavits submitted by the plaintiff must be based upon the personal knowledge of the person executing the affidavit. No affidavit or other document containing plaintiff's allegations will be considered when determining the motion for summary judgment unless it has been sworn to under oath or declared under penalty of perjury.

Plaintiff is reminded of Rule 5.5(c) (2) of the Rules of the United States District Court for the Eastern District of Arkansas which provides that, if any communication from the court to a *pro*

*se* plaintiff is not responded to within thirty days, the Complaint may be dismissed without prejudice.

IT IS THEREFORE ORDERED that Plaintiff be granted thirty (30) days from the date of entry of this Order to file his Response to Defendants' Motion for Summary Judgment.

DATED this __16__ day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE